**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-30797
_____

HARRY MENDOZA; ET AL,

Plaintiffs,

HARRY MENDOZA; NORVEL ORAZIO,

Plaintiffs-Appellees.

VERSUS

THE CITY OF NEW ORLEANS; ET AL,

THE CITY OF NEW ORLEANS,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
98-CV-2868-J
_____

January 5, 2001

Before JOLLY and DAVIS, Circuit Judges, and RESTANI\*, Judge.

PER CURIAM:\*\*

Appellants challenge the district court's interpretation of
the consent decree at issue in this case.  For the reasons stated
by the district court in its order of May 31, 2000, we agree with

---

\*Judge, U.S. Court of International Trade, sitting by
designation.

\*\*Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

the district court's interpretation of the consent decree and AFFIRM the judgment of the district court. Appellee's motions0 to supplement the record, to strike a portion of the brief, and to strike the record are hereby DENIED.

AFFIRMED.